UNITED STATES DISTRICT COURT   FILED BY __ D.C.
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 DEC 19 PM 12: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROBERT JERMAL ROBINSON,                     JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.

BRUCE PEARSON,                              CASE NO: 2:05cv2734-B

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Petition Under 28 U.S.C. § 2241 entered on December 16, 2005, this cause is hereby dismissed.


APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/15/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02734 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Robert Jermel Robinson
FCI-MEMPHIS
14874-074
P.O. Box 34550
Memphis, TN 38184

Honorable J. Breen
US DISTRICT COURT